IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 13-cv-3230-CMA-BNB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2007 SPARTAN NEWMAR ALL-STAR MOTORHOME, VIN 4VZBR3D937C059320,
2008 DODGE CHARGER DAYTONA, VIN 2B3LA53H98H202627, and
$11,794.00 IN UNITED STATES CURRENCY;

    Defendants.

_____

**FINAL ORDER OF FORFEITURE**
_____

THIS MATTER comes before the Court on the United States' Unopposed Motion for Final Order of Forfeiture, the Court having reviewed said Motion FINDS:

THAT the United States commenced this action *in rem* pursuant to 21 U.S.C. § 881;

THAT all known parties have been provided with an opportunity to respond and that publication has been effected as required by Supplemental Rule G(4);

THAT after proper notice, Jose Rivera-Segura, title owner of Defendants 2007 Spartan Newmar All-Star Motorhome and 2008 Dodge Charger Daytona, failed to file a claim, answer, or other responsive pleading, and that consequently, on January 31, 2014 and February 4, 2014, the Clerk of the Court issued two Entries of Default as to the Defendant property;

THAT claimant Mountain America Credit Union properly filed its Claim to Sefendant 2007 Spartan Newmar All-Star Motorhome pursuant to Supplemental Rule G(5), claiming interest as lienholder only;

THAT the United States and claimant Mountain America Credit Union have reached a settlement in this case, and have filed a Stipulated Expedited Settlement Agreement with the Court resolving all issues regarding claimant's lienhold interest in Defendant 2007 Spartan Newmar All-Star Motorhome;

THAT no other claims to the defendant property have been filed;

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. § 881.

NOW, THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT judgment of forfeiture of the following defendant property is hereby entered in favor of the United States pursuant to 21 U.S.C. § 881:

    a.    2007 Spartan Newmar All-Star Motorhome, VIN 4VZBR3D937C059320;

    b.    2008 Dodge Charger Daytona, VIN 2B3LA53H98H202627; and

    c.    $11,794.00 in United States Currency;

THAT the United States shall have full and legal title to the forfeited property, and may dispose of it in accordance with law and in accordance with the terms and provisions of the parties' Settlement Agreement; and

3

THAT a Certificate of Reasonable Cause, which this Order constitutes, is granted as to all Defendant property pursuant to 28 U.S.C. § 2465.

SO ORDERED this __4th__ day of March, 2014.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Court Judge